200511858
(kls)
9/396/159

United States District Court
Northern District of Ohio
Eastern Division

Federal Home Loan Mortgage
Corporation

                      Plaintiff,

           -vs-

Cynthia G. Lamar, et al

                 Defendants.

Case No. <u>1:05CV1454</u>

Judge Patricia A. Gaughan

JUDGMENT ENTRY

This matter is before the Court on the Motion for Default filed by the plaintiff, to obtain default judgment upon the defendant Discover Bank as described in the Complaint, barring any interest it may have or claim to have in the real estate which is the subject of this action.  Said defendant Discover Bank was duly served with a copy of the complaint by certified mail on July 8, 2005, and is in default of motion or answer.

IT IS ORDERED THAT the Defendant, Discover Bank, is hereby found to hold no interest in the subject property, and its certified judgment lien filed for record on July 26, 2004 in

Judgment Lien Docket JL04-222880 against Cynthia G. Lamar shall be released as to the subject real estate in an Entry confirming Marshal's Sale which is to be filed after the property is sold.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan          4/28/06
JUDGE

/s/ Adam R. Fogelman___
Adam R. Fogelman
Ohio Supreme Court Reg. #0073970
Romi T. Fox
Ohio Supreme Court Reg. #0037174
LERNER, SAMPSON & ROTHFUSS
Attorneys for Plaintiff
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
attyemail@lsrlaw.com